**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**ANGEL ALEXANDER, ESQ., PL-492703**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: AAlexander@LawyersFTP.com

Attorneys for Plaintiff
STEVEN VELASQUEZ JR.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VELASQUEZ JR., an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, et al.,<br><br>　　　　Defendants. | Case No.: 3:24-cv-01221-TSH<br><br>**STIPULATION AND ORDER AS MODIFIED TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Hon. Magistrate Judge Lisa J. Cisneros<br><br>Trial:   May 25, 2026 |

Case No.: 3:24-cv-01221-TSH
*Velasquez v. City of Hayward, et al.*
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

1

Plaintiff STEVEN VELASQUEZ JR. ("Plaintiff") and Defendants CITY OF HAYWARD, DYNATON TRAN, LAWRENCE LA STRAPE, BRUCE RUSSELL, MARK SMITH AND JESSENIA TORRES ("Defendants") by and through their counsels of record hereby stipulate as follows:

WHEREAS, the parties are scheduled for a mandatory settlement conference before Magistrate Judge Lisa J. Cisneros on November 4, 2024 (Dkt. No. 25).

WHEREAS, Christiana Huapaya, Mr. Velasquez's Mother, informed Plaintiff's counsel that Plaintiff was unexpectedly sent to Pensacola, Florida, to begin aviation training for the United States Navy. Plaintiff's tentative return date is November 22, 2024.

WHEREAS, pursuant to FRCP 16(b)(4), there is good cause for this stipulation and request for a brief continuance of the Settlement Conference.

WHEREAS, the parties JOINTLY request and STIPULATE TO continue the Settlement Conference to November 22, 2024, at **11:00 a.m.**, before Magistrate Judge Lisa J. Cisneros.

WHEREAS, per prior agreement between the parties and approval by the Court, the Settlement Conference will be held in person, with the exception of Parmit Randhawa. (See Dkt. No. 25).

IT IS SO STIPULATED.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

///

Respectfully submitted,

Dated: October 31, 2024

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: /s/ *Patrick Buelna*
    PATRICK M. BUELNA
    ANGEL M. ALEXANDER
    Attorneys for Plaintiff STEVEN VELASQUEZ JR.

Dated: October 31, 2024

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/*Sheila Crawford*  (as authorized on October 31, 2024)
    Richard W. Osman
    Sheila D. Crawford
    Kristopher D.R. Doodha
    Attorneys for Defendants
    CITY OF HAYWARD, DYNATON TRAN,
    LAWRENCE LA STRAPE,
    BRUCE RUSSELL, MARK SMITH
    AND JESSENIA TORRES

IT IS SO ORDERED.

November 1, 2024
DATE

_____
Hon. Magistrate Judge
Lisa J. Cisneros

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Ste 208, Oakland, CA 94607

Case No.: 3:24-cv-01221-TSH
*Velasquez v. City of Hayward, et al.*
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

3